FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SHENZHEN SUNGOLD SOLAR CO., LTD. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | SUMMONS Court<br>No. 20-03802 |

TO:    The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

---

1. (Name and standing of plaintiff): Plaintiff, Shenzhen Sungold Solar Co., Ltd. is a foreign exporter of crystalline silicon photovoltaic cells that were subject to the administrative review that is contested here. Plaintiff, therefore, is an interested party within the meaning of 19 U.S.C. §1677(9)(A).  As a separate rate respondent, Plaintiff actively participated in the administrative review through submission of factual information and/or written argument and, thus, is a party to the proceeding as defined in 19 C.F.R. §351.102(b). Plaintiff, therefore, has standing to bring this action pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c) as an interested party, who was a party to the proceeding identified below.

2. (Brief description of contested determination): Plaintiff contests the final results of the U.S. Department of Commerce's antidumping duty administrative review in Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China for the period December 1, 2017, through November 30, 2018. The contested determination was published as Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2017-2018, 85 Fed. Reg. 62275 (October 2, 2020).

3. (Date of determination): The contested determination was dated September 28, 2020.

4.  <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>: The contested determination was published in the *Federal Register* on October 2, 2020. <u>See</u> 85 Fed. Reg. 62275.

        Respectfully submitted,

        <u>/s/ William E. Perry</u>
        William E. Perry
        Adams Lee

        Harris Bricken Sliwoski, LLP
        600 Stewart Street, Suite 1200
        Seattle, WA 98101
        Tel: (206) 224-5657
        bill@harrisbricken.com

        *Counsel to Shenzhen Sungold Solar Co., Ltd.*

Dated October 27, 2020

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

Jeanne E. Davidson, Esq.
Civil Division, Director
Civil Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
United States Department of Justice
26 Federal Plaza
New York, NY  10278

Robert Heilferty, Esq
Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)